In The U.S. District Court

**FILED**
October 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
DEPUTY

Rickey L. McGee
  Plaintiff

  v

Katharine Knicely et al.
    defendants

civil No 22-CA-380

Declaration for Entry of Default

Rickey McGee, hereby declares:

I am the plaintiff herein. The complaint herein was filed on April 8, 2022.
Defendant Katharine Knicely was served by the U.S. Marshall with a copy of summons and complaint.
More than 20 days have elapsed since the date on which Defendant Knicely was served with summons and complaint Defendant have failed to answer or otherwise defend as to Plaintiff's complaint or serve a copy of any answer or any defense which it might have had, upon affiant
Defendant are not in the military service and are not infant or incompetent.
I declare under penalty of perjury that the foregoing is true and correct. Executed at Gatesville Tx on 10/19/22

Rickey L. McGee

Rickey McGee #2236??  
Hughes Unit  
RT 2 Box 4400  
Gatesville TX 76597

Clerk U.S. District Court  
800 Franklin Ave (Rm 380)  
Waco TX 76701

Legal Mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION