**In the United States District Court
for the Western District of Texas
Waco Division**

| | | |
|---|---|---|
| **Rickey L. McGee, (TDCJ No. 02173658),** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civ. Action No. 6:22–cv–380–ADA |
| **Shane Beasley, *et al.*,** | § § § | |
| **Defendants.** | § | |

**Joint Notice of Non-Settlement at Mediation**

The parties were unable to settle this case at mediation on July 8, 2025, despite the best efforts of the mediator and the parties. In accordance with the Court's order staying the case pending mediation, and given that disputes remain after mediation, the parties will confer and jointly submit a proposed schedule governing pretrial deadlines and a proposed trial date. (ECF No. 112).

Page **1**

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **Ken Paxton**<br>Attorney General of Texas |
|  | **Brent Webster**<br>First Assistant Attorney General |
|  | **Ralph Molina**<br>Deputy First Assistant Attorney General |
|  | **Austin Kinghorn**<br>Deputy Attorney General for Civil Litigation |
|  | **Shanna E. Molinare**<br>Division Chief<br>Law Enforcement Defense Division |
| July 9, 2025 | */s/ Vishal V. Iyer*<br>**Vishal V. Iyer**<br>Attorney-in-Charge<br>Texas Bar No. 24106134<br>Assistant Attorney General<br>Law Enforcement Defense Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711–2548<br>p: (512) 463–2080<br>f: (512) 370–9814<br>e: vishal.iyer@oag.texas.gov |
|  | **Counsel for Defendants** |

July 9, 2025

Respectfully submitted,

/s/ Regan J. Rundio
Regan J. Rundio (TX Bar No. 24122087)
Elizabeth C. Knuppel (TX Bar No. 24132929)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (512) 617-0654
RRundio@mofo.com
BKnuppel@mofo.com

Matthew R. Stephens (TX Bar No. 24129261)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Tel: (858) 720-5100
MStephens@mofo.com

**Counsel for Plaintiff**

**Certificate of Service**

I certify that I served this document, and any attached pages, to counsel for Plaintiff, by filing it with the Court's electronic-filing system, on the date below.  Fed. R. Civ. P. 5(b)(2)(E), (d)(1)(B).

July 10, 2025

*/s/ Vishal V. Iyer*
**Vishal V. Iyer**
Assistant Attorney General